ary 5, 1909.) Action by John D. Crimmins against the Carlyle Realty Company and another. W. F. Clark, for appellant. L. M. Isaacs, for respondents. No opinion. Order modified, by striking out the provision allowing the defendant to deposit $1,500 in court, and, as so modified, affirmed, with $10 costs and disbursements to respondent. Settle order on notice.

CROSS, Respondent, v. CITY OF SYRACUSE, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 20, 1909.) Action by Henrietta Cross against the city of Syracuse.
PER CURIAM. Judgment and order affirmed, with costs.
ROBSON, J., dissents.

In re CROWFORTH. (Supreme Court, Appellate Division, Fourth Department. January 13, 1909.) In the matter of the application of Anderson Crowforth to review the action of the Republican board of primary election inspectors, etc., of the city of Lockport. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 109 N. Y. Supp. 1003.

CUMMINGS, Respondent, v. CORBIN MOTOR VEHICLE CO., Appellant. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Action by George K. Cummings against the Corbin Motor Vehicle Company. G. H. Mitchell, for appellant. H. L. Moses, for respondent.
PER CURIAM. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed.
INGRAHAM, J., dissents.

CUSTAR v. ABBOTT. (Supreme Court, Appellate Division, First Department. February 11, 1909.) Action by Ignatius Custar against William L. Abbott. No opinion. Motion granted, with $10 costs. Order filed.

DADSON, Respondent, v. ALLAIRE, Appellant. (Supreme Court, Appellate Division, First Department. March 26, 1909.) Action by Idella Dadson, as administratrix, against William Allaire. J. J. Mahoney, for appellant. J. J. Welsh, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DALY, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 20, 1909.) Action by Louis A. Daly against the International Railway Company.
PER CURIAM. Judgment and order affirmed, with costs.
KRUSE, J., not sitting.

DANIELSON, Respondent, v. AHEARN, Appellant. (Supreme Court, Appellate Division, First Department. March 5, 1909.) Action by Conrad Danielson against James Ahearn. W.

F. Severance, for respondent. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $1,000, in which event the judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

DAVID, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by William L. David against the Brooklyn Heights Railroad Company. No opinion. Judgment unanimously affirmed, with costs.

DAVID, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 27, 1909). Action by Marcus David against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs against the appellant.

DAVID, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 17, 1909.) Action by Marcus David against the New York Central & Hudson River Railroad Company. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

In re DAVIS. (Supreme Court, Appellate Division, Fourth Department. January 27, 1909.) In the matter of Henry A. Davis, an attorney at law. No opinion. Upon reading and filing certified copy of the record of conviction of said Henry A. Davis of a felony, he is disbarred and removed from his office of attorney and counselor at law, and his name ordered stricken from the roll of attorneys and counselors.

DAY, Respondent, v. KLAW et al., Appellants. (Supreme Court, Appellate Division, First Department. March 19, 1909.) Action by George W. Day against Marc Klaw and another. M. Goodman, for appellants. M. Strassman, for respondent. No opinion. Determination affirmed, with costs. Order filed. See, also, 112 N. Y. Supp. 1072.

DEAN, Respondent, v. GENERAL ACCIDENT ASSUR. CORPORATION, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 3, 1909.) Action by Joseph Dean against the General Accident Assurance Corporation.
PER CURIAM. Judgment and order affirmed, with costs.
McLENNAN, P. J., dissents, upon the ground that there is no evidence to support the finding or conclusion that the defendant or its general agent knew, before or at the time the policy was issued, that the insured was not a machinist.